IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALBERT VAN WILLIAMS, III                                                    PLAINTIFF

     v.       Civil No. 6:17-CV-06067

SHERIFF MIKE CASH and JAIL                                              DEFENDANTS
ADMINISTRATOR MIKE FAIN

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 25th day of September 2017.

*/s/ P. K. Holmes, III*
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE